# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-907 (ES) |
| Plaintiff, | |
| vs. | |
| DAVID WOROBOFF, et al., | |
| Defendants. | |

## NOTICE OF MOTION TO WITHDRAW
## AS COUNSEL TO DEFENDANT DAVID WOROBOFF

To:  Emma Spiro, Esquire
     Sean Sherman, Esquire
     Assistant United States Attorneys
     United States Attorney's Office for the District of New Jersey
     970 Broad Street
     Newark, New Jersey 07101

**PLEASE TAKE NOTICE** that on a date to be set by the Court, R. Stephen Stigall shall move before the United States District Court for the District of New Jersey in Newark, New Jersey, for an Order withdrawing as counsel to Defendant David Woroboff.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the accompanying certification in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

Dated: March 8, 2022

Respectfully submitted,

*s/ R. Stephen Stigall*
R. Stephen Stigall, Esq.
Attorney No. 022141996
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mt. Laurel, NJ  08054
T: 856.761.3400
F: 856.761.1020
stigalls@ballardspahr.com

*Attorneys for David Woroboff, et al.*

DMFIRM #402145358 v1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-907 (ES) |
| Plaintiff, | |
| vs. | |
| DAVID WOROBOFF, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, R. Stephen Stigall, hereby certify that on this 8th day of March, 2022, I caused a true and correct copy of the foregoing Notice of Motion to Withdraw as Counsel to Defendant David Woroboff be and is hereby served by ECF.

*s/ R. Stephen Stigall*
R. Stephen Stigall, Esq.